443 A.2d 406

Commonwealth v. Webster, Appellant.

Commonwealth v. Manning, Appellant.

Petition for Allowance of Appeal Denied June 11, 1982.

624

Submitted April 6, 1981.  Vincent A. Couchara, for Webster, appellant (at No. 1953);  Douglas M. Johnson, Assistant Public Defender, for Manning, appellant (at No. 1785);  Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.